| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICHARD ALLAN GIPSON, JR., §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:13-CV-36
　　　　　　　　　　　　　　　　§
THE GOODYEAR TIRE & RUBBER CO., §
　　　　　　　　　　　　　　　　§
　　　　Defendant. §

## ORDER OF DISMISSAL

Plaintiff Richard Allan Gipson, Jr.'s Motion to Nonsuit with Prejudice (#16) is GRANTED. Accordingly, all motions in the above-styled case are denied as moot, and this case is dismissed with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 25th day of July, 2013.

　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE